UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL L. LARKIN,                          *
                                            *
              Plaintiff,                     *
                                            *
       v.                                   *          Civil Action  No. 12-11791-JLT
                                            *
FORENSIC HEALTH SERVICES,                   *
INC., et al.,                               *
                                            *
              Defendants.                    *

ORDER

July 8, 2013

TAURO, J.

       This court ACCEPTS and ADOPTS the June 10, 2013, Report and Recommendation

[#41] of Magistrate Judge Collings.  For the reasons set forth in the Report and Recommendation,

this court hereby orders that Defendant John Luongo's Motion to Dismiss [#28] is ALLOWED.

Plaintiff's claims against Defendant Luongo are DISMISSED WITHOUT PREJUDICE.


IT IS SO ORDERED.


                                            ___/s/ Joseph L. Tauro____
                                            United States District Judge